## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ENGS COMMERCIAL FINANCE CO.**                                **PLAINTIFF**

**v.**                          Case No. 4:20-cv-00242 KGB

**PKE WESTERN TRUCK**
**LEASING, INC.,** *et al.*                                                       **DEFENDANTS**

### ORDER

Before the Court is the status of the case. At the Court's request, plaintiff ENGS Commercial Finance Co. ("ENGS") filed a case status report on November 9, 2020 (Dkt. No. 4). ENGS states that, on the day that it served the complaint on defendants PKE Western Truck Leasing ("PKE") and Paul Keith Everett, Mr. Everett filed a voluntary petition under Chapter 11 with the United States Bankruptcy Court for the Eastern District of Arkansas (*Id.*, ¶¶ 2, 4). Further, ENGS states that, at the time it filed its' complaint, it had obtained relief from an automatic stay in PKE's Chapter 11 bankruptcy proceeding pending in the United States Bankruptcy Court for the Eastern District of Arkansas to pursue its collection remedies only as to personal property of PKE which served as collateral for indebtedness owed to ENGS (*Id.*, ¶¶ 5-7).

Because both defendants are currently debtors in active bankruptcy and ENGS is attempting to resolve matters related to this case in the respective bankruptcy cases, ENGS asks to stay this proceeding pending a resolution of defendants' bankruptcy cases (*Id.*, ¶¶ 8-10). For good cause shown, the Court grants the requested stay. The Clerk of the Court is directed to stay and administratively terminate this proceeding. Should ENGS desire to reopen the case, it may do so after resolution of defendants' bankruptcy cases by filing of a motion to reopen.

So ordered this 7th day of December, 2020.

                                                                         Kristine G. Baker  
                                                                         United States District Judge